**Opinion issued August 22, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00322-CV

———————————

**TERENCE FREEMAN AND BELLA NOVA GROUP, INC. F/K/A ZPP ENTERPRISES, INC. D/B/A BELLA NOVA SPA, Appellants**

**V.**

**PUCCIO ENTERPRISES, LLC, Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-11071**

---

## MEMORANDUM OPINION

Appellants, Terence Freeman and Bella Nova Group, formerly known as ZPP Enterprises, doing business as Bella Nova Spa, have neither paid the required fees nor established indigence for purposes of appellate costs. *See* Tex. R. Civ. P. 145;

TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.851(b), 51.941(a), 101.141; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Goodman, and Landau.